STATE

v.

Gordon F.B. ONDIS.

No. 83–25–M.P.

Supreme Court of Rhode Island.

Feb. 17, 1983.

Stephen P. Nugent, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Marc DeSisto, Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of certiorari is denied. The stay entered in this case on January 18, 1983 is hereby vacated.

MURRAY, J., did not participate.